■ Dawn Marie D'Emidio et al., Respondents, v Williamsbridge Restaurant Inc., Doing Business as New Hawaii Sea Restaurant, Appellant. [23 NYS3d 877]—Order, Supreme Court, Bronx County (Mary Ann Brigantti-Hughes, J.), entered July 16, 2014, which denied defendant's motion to dismiss the class action complaint pursuant to CPLR 3211 (a) (7), unanimously affirmed, without costs.

The motion was properly denied. The allegations in the complaint sufficiently set forth factual allegations to arguably establish the class action prerequisites set forth in CPLR 901 and 902, at least to survive this dismissal motion (*see Bernstein v Kelso & Co.*, 231 AD2d 314, 323-324 [1st Dept 1997]; *Ackerman v New York Hosp. Med. Ctr. of Queens*, 127 AD3d 794, 796 [2d Dept 2015]). Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.